# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.   SA CV07-1073-DOC(MLGx)                                         Date   February 23, 2009

Title   STRIKEPOINT TRADING LLC, ET. AL., -V- AIMEE ELIZABETH SABOLYK, ET. AL.,

Present: The Honorable     DAVID O. CARTER

| Kristee Hopkins | NONE PRESENT | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE | NONE |

Proceedings:    (In Chambers)    ORDER CONTINUING TRIAL

   Court orders the Trial, in the above-entitled action, presently set March 3, 2009 **CONTINUED** to **March** **10,** **2009** **at** **8:30 a.m.**

   The Clerk shall serve a copy of this minute order on counsel for all parties in this action.

                                                                                                       :   0

                                                              Initials of Preparer   kh