# LIST OF EXHIBITS AND WITNESSES

| Case Number | SA CV07-1073 DOC(MLGx) | Judge DAVID O. CARTER |
|---|---|---|
| Title | STRIKEPOINT TRADING LLC, ET. AL., -v- AIMEE ELIZABETH SABOLYK, ET. AL., | |
| Dates of Trial | 3-10-09; 3-11-09; 3-12-09; 3-13-09 | |
| Court Reporters | Donald Hilland; Debbie Gale; Jane Sutton Rule; Maria Dellaneve | |
| Deputy Clerks | Kristee Hopkins | |

| Attorney(s) for Plaintiff(s) | Attorney(s) for Defendant(s) |
|---|---|
| Lawrence Hilton | Douglas Thorpe |
| Jennifer Sun | Jeffrey Sklar |
| William Halle | Timothy McCaffrey |

| Plaintiff(s) Ex. No. | Id. | Ev. | Defendant(s) Ex. No. | Id. | Ev. | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| | | | | | | James Burgess: 3-10-09 | Plaintiffs |
| | | | | | | Michael Armbruster: 3-10-09; 3-11-09 | Plaintiffs |
| | | | | | | Nicholas Fazio: 3-11-09 | Plaintiffs |
| | | | | | | Dan Pitre: 3-11-09; 3-12-09 | Plaintiffs |
| | | | | | | Erik Gebhard: 3-11-09 | Plaintiffs |
| | | | | | | Aimee Sabolyk: 3-11-09; 3-12-09 | Plaintiffs |
| | | | | | | John Mondragon: 3-12-09 | Plaintiffs |
| | | | | | | Dennis Anderson: 3-12-09 (by video deposition) | Defendants |
| | | | | | | Christopher Woods: 3-12-09 (by video deposition) | Defendants |
| | | | | | | Michael Kessler: 3-12-09 (by video deposition) | Defendants |
| | | | | | | John Kendall: 3-12-09 (by video deposition) | Defendants |
| | | | | | | Glenn Swanson: 3-13-09 | Defendants |
| | | | | | | Christopher Money: 3-13-09 | Plaintiffs |
| | | | | | | William Ackerman: 3-13-09 | Defendants |

G-65 (10/97)    LIST OF EXHIBITS AND WITNESSES

| Ex. No. | Joint Id. | Ev. | Defendant(s) Ex. No. | Id. | Ev | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| 21 | 3/10/09 | 3/10/09 | | | | Optioneer Trading Subscriber License Agreement | |
| 22 | 3/10/09 | 3/11/09 | | | | Email Messages (01/30/06) (Bates No. Confidential CTK00521) | |
| 26 | 3/11/09 | 3/11/09 | | | | Sub Account Form Spreadsheet | |
| 29 | 3/11/09 | 3/11/09 | | | | Excel spreadsheet (Bates No. CONFIDENTIAL STK00356-TK00359) | |
| 30 | 3/10/09 | 3/10/09 | | | | Operating Agreement of StrikePoint | |
| 32 | 3/11/09 | 3/11/09 | | | | Aimee Sabolyk's announcements for Daniels Trading | |
| 54 | 3/10/09 | 3/10/09 | | | | Fully Disclosed Clearing Agreement Between R.R. O'Brien & Associates, Inc. and StrikePoint Trading, Inc., an Independent Introducing Broker dated November 5, 2004 | |
| 55 | 3/10/09 | 3/10/09 | | | | Fully Disclosed Clearing Agreement Between R.R. O'Brien & Associates, Inc. and StrikePoint Trading, Inc., an Independent Introducing Broker dated April 1, 2005 | |
| 56 | 3/10/09 | 3/10/09 | | | | StrikePoint Policies and Procedures Manual, January 24, 2005 | |
| 57 | 3/11/09 | 3/11/09 | | | | Sabolyk Acknowledgment or Receipt of Strikepoint "Employee Handbook" dated February 10, 2005 | |
| 58 | 3/10/09 | 3/10/09 | | | | Sabolyk Acknowledgment or Receipt of Strikepoint "Employee Handbook" dated February 27, 2004 | |
| 60 | 3/10/09 | 3/10/09 | | | | StrikePoint Policies and Procedures Manual, March 2007, with Sabolyk's signatures | |
| 65 | 3/12/09 | 3/12/09 | | | | Email to Sabolyk from Wood dated February 13, 2008 (Bates No. AS00006) | |
| 74 | 3/11/09 | 3/11/09 | | | | Email to Sabolyk from Wood dated February 13, 2008 (Bates No. AS00021) | |
| 76 | 3/12/09 | 3/12/09 | | | | Email to Sabolyk from Wood dated February 20, 2008 (Bates No. AS00022) | |
| 85 | 3/12/09 | 3/12/09 | | | | Email to Sabolyk from Wood dated February 21, 2008 (Bates No. AS0041) | |
| 89 | 3/11/09 | 3/11/09 | | | | Email to Sabolyk from Flaherty dated September 11, 2007 (Bates No. AS00047) | |
| 90 | 3/11/09 | 3/11/09 | | | | Email to Spencer from Sabolyk dated June 5, 2007 (Bates No. AS00049) | |
| 91 | 3/11/09 | 3/11/09 | | | | Email to Spencer from Sabolyk dated June 5, 2007 (Bates No. AS00050) | |
| 95 | 3/11/09 | 3/11/09 | | | | Email to Sabolyk from Wendt dated June 21, 2007 (Bates No. AS00056) | |
| 99 | 3/11/09 | 3/12/09 | | | | Email to Smith to Sabolyk dated September 18, 2007 (Bates No. AS00061) | |
| 108 | 3/12/09 | 3/12/09 | | | | Email to Sabolyk from Spencer dated November 11, 2007 (Bates No. AS00072) | |
| 109 | 3/12/09 | 3/12/09 | | | | Email to Sabolyk from Spencer dated November 13, 2007 (Bates No. AS00073) | |
| 114 | 3/11/09 | 3/11/09 | | | | Email to Sabolyk from Lohmann dated October 4, 2007 (Bates AS00081) | |
| 118 | 3/11/09 | 3/11/09 | | | | Email to Sabolyk from Lohmann dated February 27, 2008 (Bates No. AS00085) | |
| 138 | 3/11/09 | 3/11/09 | | | | Email from Dag from Sabolyk dated September 6, 2007 (Bates No.AS00110) | |
| 165 | 3/11/09 | 3/11/09 | | | | Email to Sabolyk from Cable dated May 18, 2007 (Bates No. AS00148) | |
| 186 | 3/11/09 | 3/11/09 | | | | Email to Sabolyk from Kessler dated May 19, 2007 (Bates No. AS00189) | |

| Joint | | | Defendant(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| 189 | 3/11/09 | 3/11/09 | | | | Email to Kessler to Sabolyk dated May 17, 2007 (Bates No. AS00192) | |
| 190 | 3/11/09 | 3/11/09 | | | | Email to Sabolyk from Kessler dated June 6, 2007 (Bates No. AS00193) | |
| 191 | 3/11/09 | 3/11/09 | | | | Email to Kessler from Sabolyk dated June 5, 2007 (Bates No. AS00194) | |
| 192 | 3/11/09 | 3/11/09 | | | | Email to Kessler from Sabolyk dated June 5, 2007 (Bates No. AS00195) | |
| 195 | 3/11/09 | 3/11/09 | | | | Email to Kessler from Sabolyk dated June 4, 2007 (Bates No. AS00199) | |
| 196 | 3/11/09 | 3/11/09 | | | | Email to Kessler from Sabolyk dated June 4, 2007 (Bates No. AS00200) | |
| 198 | 3/11/09 | 3/11/09 | | | | Email to Kessler from Sabolyk dated June 4, 2007 (Bates No. AS00202) | |
| 199 | 3/12/09 | 3/12/09 | | | | Email to Kessler from Sabolyk dated June 1, 2007 (Bates No. AS00203) | |
| 200 | 3/11/09 | 3/11/09 | | | | Email to Kessler from Sabolyk dated June 1, 2007 (Bates No. AS00204) | |
| 201 | 3/11/09 | 3/11/09 | | | | Email to Kessler from Sabolyk dated June 1, 2007 (Bates No. AS00205) | |
| 203 | 3/11/09 | 3/11/09 | | | | Email to Kessler from Sabolyk dated June18, 2007 (Bates No. AS00207) | |
| 206 | 3/11/09 | 3/11/09 | | | | Email to Kessler from Sabolyk dated June 19, 2007 (Bates AS00210) | |
| 212 | 3/12/09 | 3/12/09 | | | | Email to Kessler from Sabolyk dated July 11, 2007 (Bates No. AS00218) | |
| 213 | 3/12/09 | 3/12/09 | | | | Email to Sabolyk from Kessler dated July 11, 2007 (Bates No. AS00219) | |
| 217 | 3/11/09 | 3/11/09 | | | | Email to Kessler from Sabolyk dated July 2, 2007 (Bates No. AS00224) | |
| 222 | 3/11/09 | 3/11/09 | | | | Email to Sabolyk from Kessler dated July 24, 2007 (Bates No. AS00231) | |
| 223 | 3/11/09 | 3/11/09 | | | | Email to Kessler from Sabolyk dated July 23, 2007 (Bates No. AS00232) | |
| 224 | 3/11/09 | 3/11/09 | | | | Email to Sabolyk from Kessler dated July 22, 2007 (Bates No. AS00233) | |
| 231 | 3/12/09 | 3/12/09 | | | | Email to Sabolyk from Kessler dated September 21, 2007 (Bates No. AS00242) | |
| 322 | 3/10/09 | 3/10/09 | | | | Sabolyk Non-compete/Non-Disclosure Agreement with Altavest, February 24, 2004 | |
| 323 | 3/10/09 | 3/10/09 | | | | Sabolyk Confidentiality/Non-Disclosure Agreement with StrikePoint dated March 16, 2006 | |
| 383 | 3/12/09 | 3/12/09 | | | | Email from Packard to Mondragon dated March 5, 2008 re CRM: Add Contact Lead for Mondragon, John: David Tan | |
| 371 | 3/12/09 | 3/12/09 | | | | Email from Mondragon to Stange dated February 1, 2009 re Account, with attachment StrikePoint Customer Declaration | |
| 395 | 3/12/09 | 3/12/09 | | | | Email from Kuhlemeier to Mondragon dated March 10, 2008 re Dennis Anderson IRA | |
| 397 | 3/12/09 | 3/12/09 | | | | Email from Kuhlemeier to Mondragon dated February 29, 2008 re eAccount Open -- Dennis Anderson | |
| 409 | 3/12/09 | 3/12/09 | | | | Email from Packard to Mondragon dated March 5, 2008 re CRM: Add Product opts (by jmondragon) Lead for Mondragon, John: Duane Riddle | |
| 410 | 3/12/09 | 3/12/09 | | | | Email from Packard to Mondragon dated March 5, 2008 re CRM: Add Product opts (by jmondragon) Lead for Mondragon, John: Duane Riddle | |
| 411 | 3/12/09 | 3/12/09 | | | | Email from Packard to Mondragon dated March 4, 2008 re CRM: Add Product opts (by jmondragon) Lead for Mondragon, John: Duane Riddle | |
| 432 | 3/12/09 | 3/12/09 | | | | Email from Packard to Mondragon dated February 1, 2008 re CRM: Add Product opts (by jmondragon) Lead for Mondragon, John: Greg Fasiang | |

| Joint | | | Defendant(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| 439 | 3/12/09 | 3/12/09 | | | | Email from Packard to Mondragon dated March 3, 2008 re CRM: Add Contact Lead for Mondragon, John: James Meyer | |
| 451 | 3/12/09 | 3/12/09 | | | | Email from Packard to Mondragon dated March 18, 2008 re CRM: Add Product opts (by jmondragon) Lead for Mondragon, John: John Macdonald | |
| 461 | 3/12/09 | 3/12/09 | | | | Email from Packard to Mondragon dated March 4, 2008 re CRM: Add Product opts (by jmondragon) Lead for Mondragon, John: Martin Clarke | |
| 464 | 3/12/09 | 3/12/09 | | | | Email from Packard to Mondragon dated February 1, 2008 re CRM: Add Product opts (by jmondragon) Lead for Mondragon, John: Martin Clarke | |
| 465 | 3/12/09 | 3/12/09 | | | | Email Mondragon to Clarke dated February 1, 2008 re: Account with Customer Declaration attachment | |
| 474 | 3/12/09 | 3/12/09 | | | | Email from Khmar to Mondragon dated March 23, 2008 | |
| 475 | 3/12/09 | 3/12/09 | | | | Email from Packard to Mondragon dated March 5, 2008 re CRM: Add Product opts (by jmondragon) Lead for Mondragon, John: Pramil Kumar | |
| 482 | 3/12/09 | 3/12/09 | | | | Email Mondragon to Packard dated June 3, 2008 with attachment Copy of New Accounts - Mondragon.xls | |
| 488 | 3/12/09 | 3/12/09 | | | | Email Mondragon to Packard dated March 18, 2008 with attachment Copy of New Accounts - Mondragon.xls | |
| 505 | 3/12/09 | 3/12/09 | | | | Email from Packard to Mondragon dated January 25, 2008 re CRM: Add Contact Lead for Mondragon, John: Charles Hull | |
| 507 | 3/12/09 | 3/12/09 | | | | Email from Packard to Mondragon dated January 25, 2008 re CRM: Add Contact Lead for Mondragon, John: Dave Stange | |
| 508 | 3/12/09 | 3/12/09 | | | | Email from Packard to Mondragon dated January 24, 2008 re CRM: Add Contact Lead for Mondragon, John: Dennis Anderson | |
| 555 | 3/11/09 | 3/11/09 | | | | Broker Agreement between Aimee Sabolyk and GAA | |
| 557 | 3/10/09 | 3/10/09 | | | | Optioneer's Webside Agreement, including Terms & Conditions of Use | |
| 558 | 3/11/09 | 3/11/09 | | | | StrikePoint Trading, LLC Marketing Expenses 2007-2008 | |
| 603 | 3/11/09 | 3/11/09 | | | | Email from Michael Kessler to Aimee Sabolyk dated October 9, 2008, in which he references his "catastrophic losses" | |
| 625 | 3/13/09 | 3/13/09 | | | | Letter from J. DeCarlo to G. Swanson dated November 1, 2007, Bates stamped 10009-10011 | |
| 626 | 3/13/09 | 3/13/09 | | | | Letter from G. Swanson to J. DeCarlo dated November 7, 2007, Bates stamped 10012 | |
| 627 | 3/12/09 | 3/12/09 | | | | John Mondragon's AT&T Mobility bills, 12/1/2007 through 5/31/2008 | |
| 629 | 3/11/09 | 3/11/09 | | | | Email from Sabolyk to ken@danielstrading.com dated July 23, 2007 re Book2.xls. | |
| 633 | 3/11/09 | 3/11/09 | | | | Letter from W. Gerlesits to E. Gebhard dated August 2, 2006 re 06-CEXM-410, NFA ID# 277488, Bates stamped STK01005 | |
| 634 | 3/11/09 | 3/11/09 | | | | Letter from J. DeCarlo to E. Gebhard dated June 20, 2006 re 06-CEXM-409, NFA ID# 342317, Bates stamped STK01006-01007 | |
| 635 | 3/11/09 | 3/11/09 | | | | Computer hard drive, Bates stamped STK00789 | |
| 641 | 3/12/09 | 3/12/09 | | | | StrikePoint Trading Employee Acknowledgment Form, signed by John Mondragon dated March 15, 2006, Bates stamped CONFIDENTIAL STK00392 | |

| Joint | | | Defendant(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| 643 | 3/10/00 | 3/10/09 | | | | Mondragon Confidentiality/Non-Disclosure Agreement with StrikePoint dated March 16, 2006 | |
| 644 | 3/11/09 | 3/11/09 | | | | Email from Sabolyk to John Kendall dated June 28, 2007 re Open Account | |
| 645 | 3/12/09 | 3/12/09 | | | | Email from Sabolyk to Tim Smith dated September 26, 2007 re Account Open | |
| 646 | 3/11/09 | 3/11/09 | | | | Email from Sabolyk to Virginia Lohmann dated October 3, 2007 re Account Open | |
| 647 | 3/11/09 | 3/11/09 | | | | Email from Sabolyk to Dan Flaherty dated November 2, 2007 re New Account Open | |
| 648 | 3/11/09 | 3/11/09 | | | | Email from Sabolyk to Fred Lohmann dated December 7, 2007 re IRA Open Account | |
| 653 | 3/11/09 | 3/11/09 | | | | Posting dated June 4, 2007 by Michael Kessler in www.alliedpilots.org form referencing "Interesting Optioneer happenings today" | |
| 655 | 3/12/09 | 3/12/09 | | | | Summary of Properties for Exhibit 29 | |
| 703A | 3/12/09 | 3/12/09 | | | | Schedule from Money Expert Report (12/08) | |
| 742 | 3/10/09 | 3/13/09 | | | | CFTC Order instituting Proceedings pursuant to Sections 6 and 6(d) of the Commodity Exchange Act, Making Findings Imposing Remedial Sanctions | |
| 743A | 3/11/09 | 3/12/09 | | | | Schedule from Money Supplemental Expert Report (12/09) | |
| 746 | 3/13/09 | 3/13/09 | | | | Emails between John Kendall and Aimee Sabolyk dated July 21, 2007 | |
| 748 | 3/10/09 | 3/10/09 | | | | Historical Optioneer Website Testimonials | |
| 749 | 3/10/09 | 3/10/09 | | | | Current Optioneer Website Testimonials | |
| 751 | 3/10/09 | 3/10/09 | | | | Michael Kessler's Optioneer Marketing Material Booklet | |
| 753 | 3/12/09 | 3/12/09 | | | | Timothy Smith's Signed Statement | |
| 754 | 3/12/09 | 3/12/09 | | | | John Kendall's Signed Statement | |
| 755 | 3/12/09 | 3/12/09 | | | | Virginia Lohmann's Signed Statement | |
| 756 | 3/12/09 | 3/12/09 | | | | Stephen Spencer's Signed Statement | |
| 757 | 3/12/09 | 3/12/09 | | | | James Spencer's Signed Statement | |
| 758 | 3/12/09 | 3/12/09 | | | | Michael Kessler Signed Statement | |
| 783 | 3/12/09 | 3/12/09 | | | | STK 00299 (see also STK 337 & 347) Sabolyk Employee Warning Notice | |
| 784 | 3/12/09 | 3/12/09 | | | | STK 00300-301 (see also STK 338-339, 348-349) Sabolyk Warning Notice 8/10/04 | |
| 795 | 3/12/09 | 3/12/09 | | | | STK 00360-366 Sabolyk's Clients on Grid | |
| 851 | 3/12/09 | 3/12/09 | | | | Declaration of John Matthew Mondragon in Support of Defendants' Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment (with/ attachments) | |
| 855 | 3/11/09 | 3/11/09 | | | | StrikePoint List of Open and Closed Clients (Exhibit 903 to Money Deposition) | |
| 857 | 3/10/09 | 3/11/09 | | | | Report describing commissions in 4-column format (Exhibit 904 to Money Deposition) | |
| 858 | 3/10/09 | 3/11/09 | | | | Report describing gross commissions and trading volume (Exhibit 905 to Money Deposition) | |
| 859 | 3/10/09 | 3/11/09 | | | | Clearing Cost Analysis for Nov. 2007 through Oct. 2008 (Exhibit 906 to Money Deposition) | |

| Ex. No. | Joint | | Defendant(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| | Id. | Ev. | Ex. No. | Id. | Ev | | |
| 861 | 3/10/09 | 3/11/09 | | | | Equity and commissions report (Exhibit 907 to Money Deposition) | |
| 863 | 3/13/09 | 3/13/09 | | | | One-page document relating to commissions earned in 2008 | |
| 950 | 3/11/09 | 3/11/09 | | | | Optioneer website | |
| 951 | 3/11/09 | 3/11/09 | | | | Optioneer website links | |
| 952 | 3/12/09 | 3/12/09 | | | | Quarterly Performance Review of Sabolyk | |
| 953 | 3/12/09 | 3/12/09 | | | | Money Expert Report, Schedule 2A | |
| 954 | 3/12/09 | 3/12/09 | | | | Money Expert Report, Schedule 2B | |
| 955 | 3/12/09 | 3/12/09 | | | | Money Expert Report, Schedule 2C | |
| 956 | 3/12/09 | 3/12/09 | | | | Affirmative Damage Calculation | |
| 957 | 3/12/09 | 3/12/09 | | | | Highlighted Dated, Schedules 3A-3C | |
| 960A | 3/13/09 | 3/13/09 | | | | Declaration of Glenn Swanson dated 1/6/09 | |
| 960B | 3/13/09 | 3/13/09 | | | | Total Account Equity Chart | |
| 961 | 3/13/09 | 3/13/09 | | | | Damages Claimed, Partial Attrition | |
| 962 | 3/13/09 | 3/13/09 | | | | Damages Claimed, Full Attrition | |
| 963 | 3/13/09 | 3/13/09 | | | | Damages Claimed, Enrichment | |
| 964 | 3/13/09 | 3/13/09 | | | | StrikePoint Client Attrition as of 1/9/09 | |

G-65a (10/97)                                       LIST OF EXHIBITS AND WITNESSES - CONTINUED